# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:17–cr–00197

Felix Amos

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Felix Amos as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 10/31/2022

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date: October 6, 2022　　　　　　　　　　　　　　　　　　　　　Nathan Ochsner, Clerk